**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
District of Delaware

In re RESPONSE GENETICS, INC.,
Debtor

Case No. 15-______ (___)

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Address (Alternative/web search) | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount |
|---|---|---|---|---|
| Life Technologies Corporation<br>12088 Collection Center Drive<br>Chicago, IL 60693<br>Tel: 800-955-6288<br>Fax: 716-774-6694 | | Vendor | | $164,323.33 |
| Abbott Molecular Inc.<br>75 Remittance Drive Suite<br>6809 Chicago, IL 60675-6809<br>Tel: 800-553-7042<br>Fax: 224-361-7577 | | Vendor | | $115,173.49 |
| The Trout Group<br>740 Broadway 9th Floor<br>New York, NY 10003<br>Tel: 646-378-2900<br>Fax: 646-378-2901 | | | | $78,355.50 |
| Affymetrix, Inc. - Active<br>P.O. Box 742956<br>Los Angeles, CA 90074-2956<br>Tel: 408-731-5000<br>Fax: | | | | $77,296.45 |

| | | | | |
|---|---|---|---|---|
| University of Southern California (Rent)<br>c/o Charles Dunn R E Svc, Inc., Trust Act<br>800 West Sixth St., Ste 600<br>Los Angeles, CA 90017-2709<br>Tel: 323-223-4091<br>Fax: 323-342-0947 | | Landlord | | $60,534.68 |
| Willkie Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: 212-728-8000<br>Fax: 212-728-8111 | | Legal Services | | $45,000.00 |
| XIFIN, Inc.<br>12225 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Tel: 858-793-5701<br>Fax: 858-793-5700 | | | | $41,946.94 |
| Los Angeles County Tax CollectorKenneth Hahn Hall of Administration,<br>225 North Hill Street, Room 160<br>Los Angeles, CA 90012<br>Tel: 213-893-7935<br>Fax: | | Taxing Authority | | $41,601.69 |
| BDO USA, LLP<br>P. O. Box 31001-0860<br>Pasadena, CA 91110-0860<br>Tel: 310-557-0300<br>Fax: 310-555-1777 | | | | $30,000.00 |
| AST Transfer & Trust Company, LLC<br>PO Box 12893<br>Philadelphia, PA 19176-0893<br>Tel: 718-921-8200<br>Fax: 718-765-8729 | | | | $19,732.50 |

| Oregon Health & Science University<br>P.O. Box 3595<br>Portland, OR 97207<br>Tel: 503-494-5544<br>Fax¨ 503-346-6807 | 3181 SW Sam Jackson Park Rd, Portland, OR 97239 | | | $19,550.00 |
|---|---|---|---|---|
| Hogan Lovells US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004-1109<br>Tel: 202-637-5600<br>Fax: 202-637-5910 | | Legal Services | | $19,433.71 |
| College of American Pathologists<br>325 Waukegan Rd.<br>Northfield, IL 60093<br>Tel: 800.323.4040<br>Fax: 847-832-8168 | | | | $18,793.50 |
| Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321<br>Tel: 800-463-3339<br>Fax: 800-548-3020 | | Vendor | | $14,453.16 |
| Roche Diagnostics Corporation<br>Mail Code 5021<br>P.O. Box 660367<br>Dallas, TX 75266-0367<br>Tel: 800-428-5076<br>Fax: 800-722-7222 | 9115 Hague Rd, Indianapolis, IN 46256 | | | $13,137.86 |
| Leica Microsystems Inc.<br>14008 Collections Center Drive Chicago, IL 60693<br>Tel: 800-248-0123<br>Fax: 847-236-3009 | | | | $13,008.06 |
| First Medical Recruiters<br>2206 North Main Street Suite 170 Wheaton, IL 60187<br>Tel: 630-653-1121<br>Fax: 630-653-1121 | | | | $11,000.00 |

| | | | | |
|---|---|---|---|---|
| Shareholder.com<br>1 Liberty Plaza<br>165 Broadway<br>New York, NY 10006<br>Tel: 212-401-8700<br>Fax: 978-897-3739 | | | | $10,115.64 |
| Sincerus Solutions, Inc.<br>1605 Hope Street Suite 320 South<br>Pasadena, CA 91030<br>Tel: 714-986-5525<br>Fax: 888-505-8603 | | | | $10,015.88 |
| Littler Mendelson, PC<br>633 West Fifth Street, 63rd Floor<br>Los Angeles, CA 90071<br>Tel: (213)-443-4300<br>Fax: (213)-443-4299 | | | | $7,671.25 |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RESPONSE GENETICS, INC., | Case No. 15-_____ (___) |
| Debtor. | |

**CERTIFICATION CONCERNING LIST**
**OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of August, 2015, at Nantucket, Massachusetts.

Thomas A. Bologna
Chairman and Chief Executive Officer