IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re:                    | Chapter 11           |
|---------------------------|----------------------|
| RESPONSE GENETICS, INC.,  | Case No. 15-____ (__) |
| Debtor.                   |                      |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| 12 West Capital Management LP<br>90 Park Avenue, 41st Floor<br>New York, NY 10016 | Common Stock | 6.31% |
| ADAM EHRLICH<br>1900 JFK BLVD APT 1003<br>Philadelphia, PA 19103 | Common Stock | 0.00% |
| ANN P ORR<br>455 DEVON PARK DR<br>WAYNE, PA 19087 | Common Stock | 0.00% |
| AWM Investment Company, Inc.<br>527 Madison Avenue, Suite 2600<br>New York, NY 10022 | Common Stock | 3.83% |
| Bridger Capital, LLC (Swiftcurrent Partners, L.P.)<br>90 Park Avenue, 40th Floor<br>New York, NY 10016 | Common Stock | 8.52% |
| CEDE & CO (FAST ACCOUNT) Other Holders<br>PO BOX 20<br>Bowling Green Station<br>New York, NY 10004 | Common Stock | 45.96% |
| DAVID M SMITH<br>15 KENSINGTON CIRCLE<br>Manhasset, NY 11030 | Common Stock | 3.57% |
| DAVID O'TOOLE<br>725 PLYMOUTH ROAD<br>San Marino, CA 91108 | Common Stock | 0.00% |
| DAVID STEIN c/o Craft Collective<br>630 FLUSHING AVENUE 4TH FLOOR<br>Brooklyn, NY 11206 | Common Stock | 0.40% |

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| David Wurzer<br>311 HARTFORD AVENUE<br>Wethersfield, CT 06109 | Common Stock | 0.03% |
| DENISE MCNAIRN<br>3538 BITTLE ROAD<br>MYERSVILLE, MD 21773 | Common Stock | 0.00% |
| GLAXO GROUP LIMITED<br>GLAXO WELLCOME HOUSE, BERKELEY AVENUE<br>GREENFORD MIDDLESEX, ENGLAND UB6 0NN | Common Stock | 12.89% |
| GRAHAM BARNETT<br>166 HICKS ST<br>Brooklyn, NY 11201 | Common Stock | 0.02% |
| GWYNETH M KETTERER<br>383 MADISON AVENUE 40TH FLOOR<br>New York, NY 10179 | Common Stock | 0.02% |
| HSMR Advisors<br>CEDE & CO (FAST ACCOUNT)<br>PO BOX 20 Bowling Green Station<br>New York, NY 10004 | Common Stock | 0.68% |
| HSMR CAPITAL PARTNERS (QP) LP<br>73 ARCH ST<br>Greenwich, CT 06830 | Common Stock | 0.26% |
| JOHN D HOWARD<br>80 IRVING PLACE<br>New York, NY 10003 | Common Stock | 0.46% |
| KIRK K CALHOUN<br>201 Ocean Ave #1910B<br>Santa Monica, CA 90402 | Common Stock | 0.04% |
| Lansdowne Partners Ltd.<br>15 DAVIES STREET<br>LONDON, ENGLAND W1K 3AG | Common Stock | 9.81% |
| MICHAEL SERRUYA<br>210 SHIELD CRT<br>Markham, CANADA L3R 8V2 | Common Stock | 0.01% |
| NEBRASKA ASSOCIATES<br>ATTN PETER PARKER, 2331 OLD COURT RD APT 313<br>Baltimore, MD 21208 | Common Stock | 0.01% |
| NESBITT BURNS AS NOMINEE FOR ARRAY CAPITAL CORP<br>70 YORK ST SUITE 1400<br>Toronto, CANADA M5J 1S9 | Common Stock | 0.25% |
| RICHARD LANDGARTEN<br>64 GARDEN ROAD<br>Scarsdale, NY 10583 | Common Stock | 0.01% |
| RUSSELL D GARWACKI<br>8708 SERANATA DRIVE<br>Whittier, CA 90603 | Common Stock | 0.01% |
| Steven Robert Becker JD | Common Stock | 0.47% |

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| CEDE & CO (FAST ACCOUNT)<br>PO BOX 20 Bowling Green Station<br>New York, NY 10004 | | |
| Susan Smith<br>PO BOX 359<br>Manhasset, NY 11030 | Common Stock | 1.38% |
| THE TROUT GROUP LLC<br>740 BROADWAY 9TH FLOOR<br>New York, NY 10003 | Common Stock | 0.04% |
| Thomas A. Bologna<br>1640 Marengo St., 7th Floor<br>Los Angeles, CA 90033 | Common Stock | 3.30% |
| TOM CONSTANTINOU<br>35 ARDMORE CRESC<br>Richmond Hill, CANADA L4B 2HB | Common Stock | 0.01% |
| TROUT PARTNERS LLC<br>740 BROADWAY 9TH FLOOR<br>New York, NY 10003 | Common Stock | 0.11% |
| TRUST UWO BENJAMIN RAPHAN ART ELEVENTH<br>33 GUINEA ROAD<br>Stamford, CT 06903 | Common Stock | 0.02% |
| Vanguard Group<br>CEDE & CO (FAST ACCOUNT)<br>PO BOX 20 Bowling Green Station<br>New York, NY 10004 | Common Stock | 1.60% |
| W PATRICK MCMULLAN III<br>607 6th St.<br>Brooklyn, NY 11215 | Common Stock | 0.01% |

I, Thomas A. Bologna, the undersigned Chairman and Chief Executive Officer of Response Genetics, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this ___ day of August, 2015, at Nantucket, Massachusetts.

_____
Thomas A. Bologna
Chairman and Chief Executive Officer