IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESPONSE GENETICS, INC.,[1] | ) | Case No. 15-11663 (LSS) |
| | ) | |
| Debtor. | ) | |

Related Docket Nos. 6 & 29

Hearing Date: August 27, 2015 at 10:30 a.m. prevailing Eastern time
Objection Deadline: August 25, 2015 at 12:00 Noon prevailing Eastern time

**NOTICE OF FINAL HEARING REGARDING DEBTOR'S MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS (A) PROHIBITING UTILITY
COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE,
(B) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE
PERFORMANCE (C) ESTABLISHING PROCEDURES FOR DETERMINING
ADEQUATE ASSURANCE OF PAYMENT AND (D) GRANTING RELATED RELIEF**

TO:   (a) the United States Trustee for the District of Delaware; (b) the DIP Secured Parties' counsel; (c) counsel for SVB; (d) the utilities; (e) the Debtor's twenty (20) largest unsecured creditors; (f) the Debtor and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that on August 9, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utility Providers Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment and (D) Granting Related Relief* [Docket No. 6] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

---

[1]    The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

**PLEASE TAKE FURTHER NOTICE** that on August 12, 2015, the Bankruptcy Court entered the *Interim Order under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utility Providers Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment and (D) Granting Related Relief* [Docket No. 29] (the "Interim Order"). A copy of the Interim Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the final relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court no later than **12:00 Noon prevailing Eastern time on August 25, 2015**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill, Esq., , joneill@pszjlaw.com; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Jeffrey N. Pomerantz, jpomerantz@pszjlaw.com; (ii) the DIP Secured Parties' counsel, Holland & Knight, LLP, 200 Crescent Court, Suite 1600, Dallas, TX 75201, Attn: Robert Jones, robert.jones@hklaw.com and Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil Glassman, nglassman@bayardlaw.com, and (iii) counsel to SVB, Chipman Brown Cicero & Cole, LLP, 1007 N. Orange Street, Suite 1110, Wilmington, DE 19801, Attn: William E. Chipman, chipman@chipmanbrown.com; (iv) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Linda Casey, Esquire. linda.casey@usdoj.gov and (v) the Debtor, Response Genetics, Inc., 1640 Marengo Street, 7th Floor, Los Angeles, CA 90033, Attn: Kevin Harris, kharris@responsegenetics.com.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **AUGUST 27, 2015 AT 10:30 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 12, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail: jpomerantz@pszjlaw.com
    ikharasch@pszjlaw.com
    joneill@pszjlaw.com
    jlucas@pszjlaw.com

[Proposed] Counsel for Debtor and Debtor in Possession