**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Response Genetics, Inc. | : | Case No. 15-11663 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Xifin, Inc.,** Attn: James C. Malone, 12225 El Camino Real, San Diego, CA 92130, Phone: 858-436-1139, Fax: 858-793-5701

2. **University of Southern California,** Office of General Counsel, Attn: Monica Y. Kim, 3551 Trousdale Pkwy., Adm 352, Los Angeles, CA 90089, Phone: 213-740-7922, Fax: 213-740-3249

3. **Sincerus Solutions, Inc.,** Attn: Leah Serrano, 1605 Hope St., Ste. 320, South Pasadena, CA 91030, Phone: 714-986-5529, Fax: 888-505-8603


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Timothy J. Fox for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 25, 2015

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400