# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RESPONSE GENETICS, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-11663 (LSS) |

### NOTICE OF APPEARANCE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors of Response Genetics, Inc. in the above-captioned chapter 11 case, by and through its proposed undersigned counsel, hereby submits this Notice of Appearance and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 1103 and 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address and further requests to be added to the Master Service List:

| | |
|---|---|
| Carren B. Shulman, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>T: 212.653.8700<br>CShulman@sheppardmullin.com | Frederick B. Rosner, Esq.<br>Julia B. Klein, Esq.<br>THE ROSNER LAW GROUP LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>klein@teamrosner.com |

and

Ori Katz, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
T: 415.434.9100
OKatz@sheppardmullin.com

---

[1] The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

{00016026. }

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: August 25, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

Carren B. Shulman, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
T: 212.653.8700
CShulman@sheppardmullin.com

and

Ori Katz, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
T: 415.434.9100
OKatz@sheppardmullin.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

3

{00016026. }