# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RESPONSE GENETICS, INC., | Case No. 15-11663 (LSS) |
| Debtor.[1] | **Objection Deadline: Jan. 4, 2016 at 4:00 p.m. (ET)** <br> **Hearing Date: Jan. 6, 2015 at 10:00 a.m. (ET)** |

## COMBINED SECOND AND THIRD MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2015 THROUGH NOVEMBER 30, 2015

| | |
|---|---|
| Name of Applicant: | The Rosner Law Group LLC |
| Authorized to Provide Professional Services to: | The Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to August 25, 2015 |
| Periods for which Compensation and Reimbursement is sought: | October 1, 2015 to November 30, 2015 |
| Amount of Compensation sought as Actual, reasonable and necessary: | $0.00 |
| Amount of Expense Reimbursement Sought as actual, reasonable and Necessary: | $311.37 |

This is a(n):  __X__ monthly  _____ interim  _____ final application

---

[1] The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

{00017216. }

Prior Applications:

| Date Filed/ Dkt. No. | Period Covered | Requested | | Approved | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 10/23/15/Dkt. No. 225 | 8/25/15-9/30/15 | 20,485.00[2] | 1,845.50 | $15,000.00 | $1,845.50 | $0.00 |

---

[2] The Rosner Law Group LLC agreed to cap its professional fees incurred in this Chapter 11 Case at fifteen thousand dollars ($15,000.00). *See* D.I. 143.

{00017216. }                                              2

Expense Summary:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplication (E101) |  | $208.80 |
| Online Research (E106) | PACER, WESTLAW | $76.33 |
| Postage (E108) |  | $26.24 |
| **TOTAL** |  | **$311.37** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RESPONSE GENETICS, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-11663 (LSS)<br><br>**Objection Deadline: Jan. 4, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: Jan. 6, 2015 at 10:00 a.m. (ET)** |

**COMBINED SECOND AND THIRD MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2015 THROUGH NOVEMBER 30, 2015**

Pursuant to Section 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 153; filed 9/21/15] (the "Administrative Order"), The Rosner Law Group LLC ("RLG") hereby files its Combined Second and Third Monthly Application (the "Application") for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Response Genetics, Inc. (the "Debtor"), for the period from October 1, 2015 through November 30, 2015 (the "Compensation Period").

By this Application, RLG seeks interim reimbursement of actual and necessary expenses in the amount of $311.37 (100% of the allowed expenses) for the Compensation Period. In support of this Application, RLG respectfully represents as follows:

---

[1] The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

{00017216. }

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief sought herein are section 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 2016-2 of the Local Rules.

## BACKGROUND

2. On August 9, 2015 (the "Petition Date"), the Debtor commenced these cases by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtor remains in possession of their assets and continues to manage its affairs as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed in this Chapter 11 Case.

3. The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated August 25, 2015 [Dkt. No. 60]. The Committee selected Sheppard, Mullin, Richter & Hampton LLP ("SMRH") as its counsel and RLG as its Delaware counsel in this Chapter 11 Case.

4. On September 1, 2015, the Committee filed the *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee Nunc Pro Tunc to August 25, 2015* [Dkt. No. 96] (the "RLG Retention Application"). On August 17, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to August 25, 2015* [Dkt. No. 143].

5. During the pendency of these cases, RLG provided local counsel services to the Committee and/or SMRH.

6. By the Administrative Order, the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly fee applications for monthly compensation and reimbursement for expenses (each a "Monthly Fee Application"), pursuant to the procedures specified therein. The Administrative Order provides, among other things, that if no objections are made within twenty-one (21) days after service of the Monthly Fee Application, the Debtor is authorized to pay the Professionals eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application.

### RLG'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

**A.  Compensation Paid and Its Source**

7. All services for which RLG requests compensation were performed for or on behalf of the Committee and/or SMRH.

8. RLG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RLG and any other person for the sharing of compensation to be received for services rendered in this Chapter 11 Case.

9. RLG has received no retainer in connection with the legal services to be rendered on behalf of the Committee and/or SMRH.

**B.  Time Records**

10. The time records for the Compensation Period are attached hereto as **Exhibit A**. The time records contain daily time logs describing the time spent by each attorney and paraprofessional during the Compensation Period. To the best of RLG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules

and the Administrative Order. RLG charges an hourly rate for its professional services based upon the time, nature, extent, and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

**C.     Compensation by Timekeeper**

11.     During the Compensation Period, Attorneys and paraprofessionals of RLG expended a total of 15.00 hours representing the Committee in connection with this Application, as follows:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $250 | 14.2 | $3,550.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | .4 | $60.00 |
| Hena Kumar (Tmkr 5) | Law Clerk | $150 | .4 | $60.00 |

12.     The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RLG's reduced hourly rates for work of this character. The reasonable value of the services rendered by RLG for the Committee associated with this Application for the Compensation Period is $3,670.00. RLG agreed to cap its professional fees incurred in this Chapter 11 Case at fifteen thousand dollars ($15,000.00). *See* D.I. 143. RLG already has received fifteen thousand dollars as compensation for legal services in this Chapter 11 Case and is not seeking allowance of compensation for legal services rendered during the Compensation Period.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RLG is fair and reasonable given: (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the costs of comparable services in a case under this title. Moreover, RLG has reviewed the requirements of Local Rule 2016-2 and the Administrative Order and believes that this Application complies with the Local Rule and the Administrative Order.

C. **Actual and Necessary Expenses**

14. A summary of actual and necessary expenses incurred by RLG for the Compensation Period associated with this Application is attached hereto as **Exhibit B**. RLG charges $0.10 per page for photocopying expenses. RLG records the number of copies made when a person makes copies for its clients.

15. With respect to providers of on-line legal research services (e.g., Pacer, Westlaw), RLG charges the standard usage rates these providers charge for computerized legal research. RLG bills its clients the actual amount charged for such services, with no premium. Any volume discount received by RLG is passed on to the client.

16. RLG bills the actual amounts charged for postage and court filing fees.

17. RLG believes the foregoing rates are the market rates that the majority of law firms charge clients for such expenses. In addition, RLG believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**WHEREFORE**, RLG respectfully requests that the Court authorize for the period October 1, 2015 through November 30, 2015 reimbursement of actual and necessary expenses in

the amount of $311.37 (100% of the allowed expenses) for the Compensation Period, that such sum be authorized for payment, and such other and further relief as this Court may deem just and proper.

Dated:  December 14, 2015
       Wilmington, Delaware     **THE ROSNER LAW GROUP LLC**

    */s/ Julia B. Klein*
    Frederick B. Rosner (DE 3995)
    Julia B. Klein, Esq. (DE #5189)
    824 N. Market Street, Suite 810
    Wilmington, Delaware 19801
    Telephone:  (302) 777-1111
    rosner@teamrosner.com
    klein@teamrosner.com

    *Delaware Counsel to the Official Committee of Unsecured Creditors*