# Exhibit A

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1718.00 Creditors' Committee | | | | | | | | | | |
| 1718.00 | 11/12/2015 | 2 | P | BB119 | A108 | 150.00 | 0.40 | 60.00 | Prepare service copies of Sheppard Mullin's first monthly fee application and serve on notice parties (.4). | 262 |
| | Subtotal for Timekeeper 2 | | | | | Billable | 0.40 | 60.00 | Fred Sassler | |
| 1718.00 | 10/01/2015 | 3 | P | BB118 | A104 | 250.00 | 0.10 | 25.00 | Communicate with Carren re: budget (.1). | 108 |
| 1718.00 | 10/01/2015 | 3 | P | BB119 | A104 | 250.00 | 0.10 | 25.00 | Review staffing report of Conway MacKenzie Management Services for August 2015 (.1). | 111 |
| 1718.00 | 10/01/2015 | 3 | P | BB103 | A104 | 250.00 | 0.30 | 75.00 | Review notice of filing of revised list of executory contracts to be assumed pursuant to Sale Order (.3). | 112 |
| 1718.00 | 10/01/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review amended agenda for 10/1 hearing (.1). | 113 |
| 1718.00 | 10/01/2015 | 3 | P | BB109 | A101 | 250.00 | 1.50 | 375.00 | Prepare for sale hearing (.6); appear for and attend sale hearing (.9). | 115 |
| 1718.00 | 10/01/2015 | 3 | P | BB107 | A104 | 250.00 | 0.90 | 225.00 | Review signed order approving 9019 motion (.9). | 116 |
| 1718.00 | 10/01/2015 | 3 | P | BB106 | A104 | 250.00 | 0.60 | 150.00 | Review signed sale order (.6). | 117 |
| 1718.00 | 10/02/2015 | 3 | P | BB108 | A104 | 250.00 | 1.00 | 250.00 | Review bar date motion and exhibits (.7); review Debtor's notice to creditors affected by Debtor's amendments to schedules (.3). | 244 |
| 1718.00 | 10/05/2015 | 3 | P | BB106 | A104 | 250.00 | 0.40 | 100.00 | Review Debtor's operating report for August (.4). | 119 |
| 1718.00 | 10/07/2015 | 3 | P | BB109 | A107 | 250.00 | 0.10 | 25.00 | Review and respond to email from Carren re telephonic status conference (.1). | 120 |
| 1718.00 | 10/07/2015 | 3 | P | BB109 | A107 | 250.00 | 0.30 | 75.00 | Follow-up communication with Carren re 10/9 hearing (.1); t/c debtor's counsel re same (.1); review agenda for 10/9 hearing (.1). | 121 |
| 1718.00 | 10/07/2015 | 3 | P | BB107 | A107 | 250.00 | 0.50 | 125.00 | Communication from counsel for SVB regarding SVB's professional fees (.1); review same (.4). | 122 |
| 1718.00 | 10/08/2015 | 3 | P | BB108 | A104 | 250.00 | 0.30 | 75.00 | Review blackline of bar date motion (.3). | 245 |
| 1718.00 | 10/09/2015 | 3 | P | BB109 | A101 | 250.00 | 1.20 | 300.00 | Plan and prepare for hearing, review status report filed by Debtor (.3); appear for and attend 10/9 hearing (.9). | 243 |
| 1718.00 | 10/09/2015 | 3 | P | BB108 | A104 | 250.00 | 0.20 | 50.00 | Review signed bar date order (.2). | 246 |
| 1718.00 | 10/09/2015 | 3 | P | BB108 | A104 | 250.00 | 0.10 | 25.00 | Review bar date notice (.1). | 247 |
| 1718.00 | 10/13/2015 | 3 | P | BB100 | A104 | 250.00 | 0.10 | 25.00 | Review staffing report for September 2015 (.1). | 248 |
| 1718.00 | 10/19/2015 | 3 | P | BB109 | A104 | 250.00 | 0.20 | 50.00 | Review order scheduling November omnibus hearing date (.1); calendar critical dates (.1). | 249 |
| 1718.00 | 10/20/2015 | 3 | P | BB103 | A104 | 250.00 | 0.30 | 75.00 | Review debtor's first omnibus motion for rejection of certain equipment leases and fixing a bar date (.3). | 253 |
| 1718.00 | 10/23/2015 | 3 | P | BB118 | A103 | 250.00 | 2.00 | 500.00 | Revise RLG first monthly fee application (1.3); generate and review fee and statements for interim compensation period (.3); revise notice for RLG first monthly fee application (.1); prepare exhibits (.1); draft certification (.2). | 251 |
| 1718.00 | 10/23/2015 | 3 | P | BB118 | A107 | 250.00 | 0.10 | 25.00 | Communication from Carren re RLG fee application (.1). | 252 |
| 1718.00 | 10/29/2015 | 3 | P | BB119 | A104 | 250.00 | 0.70 | 175.00 | Review first monthly fee application of Sheppard Mullin (.6); communicate with Carren re same (.1). | 254 |
| 1718.00 | 11/04/2015 | 3 | P | BB119 | A107 | 250.00 | 1.00 | 250.00 | Communicate with Carren re: Sheppard Mullin fee application (.2); review same and conform to local rules and standards (.5); update notice of fee application (.1); prepare all documents for filing (.2). | 255 |
| 1718.00 | 11/05/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review agenda for 11/9 hearing (.1). | 256 |
| 1718.00 | 11/05/2015 | 3 | P | BB103 | A104 | 250.00 | 0.10 | 25.00 | Review signed order authorizing Debtor to reject certain unexpired leases and fixing bar dates for asserting associated claims (.1). | 257 |
| 1718.00 | 11/12/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review COC submitting omnibus hearing date (.1). | 258 |
| 1718.00 | 11/12/2015 | 3 | P | BB119 | A104 | 250.00 | 0.50 | 125.00 | Review first and final fee application of Canaccord Genuity (.4); email Carren re status of SMRH first monthly fee application (1). | 259 |
| 1718.00 | 11/12/2015 | 3 | P | BB119 | A104 | 250.00 | 0.50 | 125.00 | Prepare SMRH first monthly fee application for filing and update all documents (.3); electronically file fee application (.1); confirm filing to Carren and instruct paralegal re service (.1). | 260 |
| 1718.00 | 11/12/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review COC re omnibus hearing date (.1). | 261 |
| 1718.00 | 11/13/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review order scheduling omnibus hearing date (.1). | 264 |
| 1718.00 | 11/17/2015 | 3 | P | BB118 | A104 | 250.00 | 0.30 | 75.00 | Review docket and electronically file CNo re RLG's first monthly fee application (1); send email to D's counsel re: payment (.2). | 265 |
| 1718.00 | 11/19/2015 | 3 | P | BB108 | A104 | 250.00 | 0.20 | 50.00 | Review claims register (.2). | 266 |
| 1718.00 | 11/19/2015 | 3 | P | BB107 | A104 | 250.00 | 0.10 | 25.00 | Review order approving stipulation re use of cash collateral between Debtor and SWK Funding, LLC (.1). | 267 |
| | Subtotal for Timekeeper 3 | | | | | Billable | 14.20 | 3,550.00 | Julia Klein | |
| 1718.00 | 10/23/2015 | 5 | P | BB118 | A103 | 150.00 | 0.30 | 45.00 | Draft Notice for Response Genetics' first monthly fee application | 250 |
| 1718.00 | 11/13/2015 | 5 | P | BB118 | A103 | 150.00 | 0.10 | 15.00 | Draft CNO for RLG's first monthly fee application | 263 |
| | Subtotal for Timekeeper 5 | | | | | Billable | 0.40 | 60.00 | Hena Kumar | |

| Client | Trans Date | Tmkr | H P | Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Total for Client ID 1718.00 | | | | | Billable | 15.00 | 3,670.00 | Creditors' Committee Response Genetics | |

**GRAND TOTALS**

| | | | | | Billable | 15.00 | 3,670.00 | | |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1718.00 Creditors' Committee** | | | | | | | | | | |
| 1718.00 | 10/13/2015 | 3 | P | BB100 | A104 | 250.00 | 0.10 | 25.00 | Review staffing report for September 2015 (.1). | 248 |
| | Subtotal for Phase ID BB100 | | | | | Billable | 0.10 | 25.00 | Case Administration | |
| 1718.00 | 10/01/2015 | 3 | P | BB103 | A104 | 250.00 | 0.30 | 75.00 | Review notice of filing of revised list of executory contracts to be assumed pursuant to Sale Order (.3). | 112 |
| 1718.00 | 10/20/2015 | 3 | P | BB103 | A104 | 250.00 | 0.30 | 75.00 | Review debtor's first omnibus motion for rejection of certain equipment leases and fixing a bar date (.3). | 253 |
| 1718.00 | 11/05/2015 | 3 | P | BB103 | A104 | 250.00 | 0.10 | 25.00 | Review signed order authorizing Debtor to reject certain unexpired leases and fixing bar dates for asserting associated claims (.1). | 257 |
| | Subtotal for Phase ID BB103 | | | | | Billable | 0.70 | 175.00 | Executory Contracts/Unexpired Leases | |
| 1718.00 | 10/01/2015 | 3 | P | BB106 | A104 | 250.00 | 0.60 | 150.00 | Review signed sale order (.6). | 117 |
| 1718.00 | 10/05/2015 | 3 | P | BB106 | A104 | 250.00 | 0.40 | 100.00 | Review Debtor's operating report for August (.4). | 119 |
| | Subtotal for Phase ID BB106 | | | | | Billable | 1.00 | 250.00 | Use, Sale, Lease of Assets | |
| 1718.00 | 10/01/2015 | 3 | P | BB107 | A104 | 250.00 | 0.90 | 225.00 | Review signed order approving 9019 motion (.9). | 116 |
| 1718.00 | 10/07/2015 | 3 | P | BB107 | A107 | 250.00 | 0.50 | 125.00 | Communication from counsel for SVB regarding SVB's professional fees (.1); review same (.4). | 122 |
| 1718.00 | 11/19/2015 | 3 | P | BB107 | A104 | 250.00 | 0.10 | 25.00 | Review order approving stipulation re use of cash collateral between Debtor and SWK Funding, LLC (.1). | 267 |
| | Subtotal for Phase ID BB107 | | | | | Billable | 1.50 | 375.00 | Cash Collateral/DIP Financing | |
| 1718.00 | 10/02/2015 | 3 | P | BB108 | A104 | 250.00 | 1.00 | 250.00 | Review bar date motion and exhibits (.7); review Debtor's notice to creditors affected by Debtor's amendments to schedules (.3). | 244 |
| 1718.00 | 10/08/2015 | 3 | P | BB108 | A104 | 250.00 | 0.30 | 75.00 | Review blackline of bar date motion (.3). | 245 |
| 1718.00 | 10/09/2015 | 3 | P | BB108 | A104 | 250.00 | 0.20 | 50.00 | Review signed bar date order (.2). | 246 |
| 1718.00 | 10/09/2015 | 3 | P | BB108 | A104 | 250.00 | 0.10 | 25.00 | Review bar date notice (.1). | 247 |
| 1718.00 | 11/19/2015 | 3 | P | BB108 | A104 | 250.00 | 0.20 | 50.00 | Review claims register (.2). | 266 |
| | Subtotal for Phase ID BB108 | | | | | Billable | 1.80 | 450.00 | Claims Administration | |
| 1718.00 | 10/01/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review amended agenda for 10/1 hearing (.1). | 113 |
| 1718.00 | 10/01/2015 | 3 | P | BB109 | A101 | 250.00 | 1.50 | 375.00 | Prepare for sale hearing (.6); appear for and attend sale hearing (.9). | 115 |
| 1718.00 | 10/07/2015 | 3 | P | BB109 | A107 | 250.00 | 0.10 | 25.00 | Review and respond to email from Carren re telephonic status conference (.1). | 120 |
| 1718.00 | 10/07/2015 | 3 | P | BB109 | A107 | 250.00 | 0.30 | 75.00 | Follow-up communication with Carren re 10/9 hearing (.1); t/c debtor's counsel re same (.1); review agenda for 10/9 hearing (.1). | 121 |
| 1718.00 | 10/09/2015 | 3 | P | BB109 | A101 | 250.00 | 1.20 | 300.00 | Plan and prepare for hearing, review status report filed by Debtor (.3); appear for and attend 10/9 hearing (.9). | 243 |
| 1718.00 | 10/19/2015 | 3 | P | BB109 | A104 | 250.00 | 0.20 | 50.00 | Review order scheduling November omnibus hearing date (.1); calendar critical dates (.1). | 249 |
| 1718.00 | 11/05/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review agenda for 11/9 hearing (.1). | 256 |
| 1718.00 | 11/12/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review COC submitting omnibus hearing date (.1). | 258 |
| 1718.00 | 11/12/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review COC re omnibus hearing date (.1). | 261 |
| 1718.00 | 11/13/2015 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review order scheduling omnibus hearing date (.1). | 264 |
| | Subtotal for Phase ID BB109 | | | | | Billable | 3.80 | 950.00 | Court Hearings | |
| 1718.00 | 10/01/2015 | 3 | P | BB118 | A104 | 250.00 | 0.10 | 25.00 | Communicate with Carren re: budget (.1). | 108 |
| 1718.00 | 10/23/2015 | 5 | P | BB118 | A103 | 150.00 | 0.30 | 45.00 | Draft Notice for Response Genetics' first monthly fee application | 250 |
| 1718.00 | 10/23/2015 | 3 | P | BB118 | A103 | 250.00 | 2.00 | 500.00 | Revise RLG first monthly fee application (1.3); generate and review fee and statements for interim compensation period (.3); revise notice for RLG first monthly fee application (.1); prepare exhibits (.1); draft certification (.2). | 251 |
| 1718.00 | 10/23/2015 | 3 | P | BB118 | A107 | 250.00 | 0.10 | 25.00 | Communication from Carren re RLG fee application (.1). | 252 |
| 1718.00 | 11/13/2015 | 5 | P | BB118 | A103 | 150.00 | 0.10 | 15.00 | Draft CNO for RLG's first monthly fee application | 263 |
| 1718.00 | 11/17/2015 | 3 | P | BB118 | A104 | 250.00 | 0.30 | 75.00 | Review docket and electronically file CNo re RLG's first monthly fee application (1); send email to D's counsel re: payment (.2). | 265 |
| | Subtotal for Phase ID BB118 | | | | | Billable | 2.90 | 685.00 | RLG Fee Applications | |
| 1718.00 | 10/01/2015 | 3 | P | BB119 | A104 | 250.00 | 0.10 | 25.00 | Review staffing report of Conway MacKenzie Management Services for August 2015 (.1). | 111 |
| 1718.00 | 10/29/2015 | 3 | P | BB119 | A104 | 250.00 | 0.70 | 175.00 | Review first monthly fee application of Sheppard Mullin (.6); communicate with Carren re same (.1). | 254 |
| 1718.00 | 11/04/2015 | 3 | P | BB119 | A107 | 250.00 | 1.00 | 250.00 | Communicate with Carren re: Sheppard Mullin fee application (.2); review same and conform to local rules | 255 |


| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1718.00 Creditors' Committee | | | | | | | | | and standards (.5); update notice of fee application (.1); prepare all documents for filing (.2). | |
| 1718.00 | 11/12/2015 | 3 | P | BB119 | A104 | 250.00 | 0.50 | 125.00 | Review first and final fee application of Canaccord Genuity (.4); email Carren re status of SMRH first monthly fee application (1). | 259 |
| 1718.00 | 11/12/2015 | 3 | P | BB119 | A104 | 250.00 | 0.50 | 125.00 | Prepare SMRH first monthly fee application for filing and update all documents (.3); electronically file fee application (.1); confirm filing to Carren and instruct paralegal re service (.1). | 260 |
| 1718.00 | 11/12/2015 | 2 | P | BB119 | A108 | 150.00 | 0.40 | 60.00 | Prepare service copies of Sheppard Mullin's first monthly fee application and serve on notice parties (.4). | 262 |
| | Subtotal for Phase ID BB119 | | | | | Billable | 3.20 | 760.00 | Fee Applications of Others | |
| **Total for Client ID 1718.00** | | | | | | Billable | 15.00 | 3,670.00 | Creditors' Committee Response Genetics | |

**GRAND TOTALS**

| | | | | | | | Billable | 15.00 | 3,670.00 | |