# Exhibit B

| Client | Trans Date | Tmkr | H/P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1718.00 Creditors' Committee** | | | | | | | | | |
| 1718.00 | 10/01/2015 | 1 | P | BB100 | E101 | 0.100 | 83.70 | Duplicating | 59 |
| 1718.00 | 10/05/2015 | 1 | P | BB100 | E101 | 0.100 | 21.00 | Duplicating | 60 |
| 1718.00 | 10/08/2015 | 1 | P | BB100 | E101 | 0.100 | 2.80 | Duplicating | 61 |
| 1718.00 | 10/10/2015 | 1 | P | BB100 | E101 | 0.100 | 39.50 | Duplicating | 62 |
| 1718.00 | 10/23/2015 | 1 | P | BB100 | E101 | 0.100 | 24.00 | Duplicating | 63 |
| 1718.00 | 10/23/2015 | 1 | P | BB100 | E101 | 0.100 | 0.40 | Duplicating | 64 |
| 1718.00 | 10/23/2015 | 1 | P | BB100 | E101 | 0.100 | 4.30 | Duplicating | 65 |
| 1718.00 | 10/23/2015 | 1 | P | BB100 | E101 | 0.100 | 1.80 | Duplicating | 66 |
| 1718.00 | 10/30/2015 | 1 | P | BB100 | E101 | 0.100 | 0.10 | Duplicating | 71 |
| 1718.00 | 11/04/2015 | 1 | P | BB100 | E101 | 0.100 | 0.10 | Duplicating | 72 |
| 1718.00 | 11/12/2015 | 1 | P | BB100 | E101 | 0.100 | 27.20 | Duplicating | 73 |
| 1718.00 | 11/13/2015 | 1 | P | BB100 | E101 | 0.100 | 0.10 | Duplicating | 74 |
| 1718.00 | 11/13/2015 | 1 | P | BB100 | E101 | 0.100 | 3.80 | Duplicating | 75 |
| Subtotal for Activity ID E101 | | | | | | Billable | 208.80 | Duplicating | |
| 1718.00 | 10/31/2015 | 1 | P | BB108 | E106 | | 0.63 | WestlawNext Charges for October 2015. | 58 |
| 1718.00 | 10/31/2015 | 1 | P | BB108 | E106 | | 63.90 | PACER Charges for October 2015. | 68 |
| 1718.00 | 11/30/2015 | 1 | P | BB108 | E106 | | 11.80 | PACER Charges for November 2015. | 69 |
| Subtotal for Activity ID E106 | | | | | | Billable | 76.33 | Online research | |
| 1718.00 | 10/23/2015 | 1 | P | BB118 | E108 | 1.640 | 13.12 | Postage | 57 |
| 1718.00 | 11/12/2015 | 1 | P | BB119 | E108 | 1.640 | 13.12 | Postage | 70 |
| Subtotal for Activity ID E108 | | | | | | Billable | 26.24 | Postage | |
| **Total for Client ID 1718.00** | | | | | | Billable | 311.37 | Creditors' Committee Response Genetics | |

**GRAND TOTALS**

| | | | | | | Billable | 311.37 | | |