## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RESPONSE GENETICS, INC., | Case No. 15-11663 (LSS) |
| Debtor.[1] | **Objection Deadline: Jan. 4, 2016 at 4:00 p.m. (ET)** <br> **Hearing Date: Jan. 6, 2015 at 10:00 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF THE ROSNER LAW GROUP LLC, DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 25, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | The Rosner Law Group LLC |
| Authorized to Provide Professional Services to: | The Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to August 25, 2015 |
| Periods for which Compensation and Reimbursement is sought: | August 25, 2015 to November 30, 2015 |
| Amount of Compensation sought as Actual, reasonable and necessary: | $15,000.00[2] |
| Amount of holdback requested to be released: | $0.00 |
| Amount of Expense Reimbursement Sought as actual, reasonable and Necessary: | $2,156.87 |

This is a(n): _____ monthly   __X__ interim   _____ final application

---

[1] The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

[2] The Rosner Law Group LLC agreed to cap its professional fees incurred in this Chapter 11 Case at fifteen thousand dollars ($15,000.00). *See* D.I. 143.

{00017219. }

Prior Applications:

| Date Filed/ Dkt. No. | Period Covered | Requested | | Approved | | Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| | | **Fees** | **Expenses** | **Fees** | **Expenses** | |
| 10/23/15/Dkt. No. 225 | 8/25/15- 9/30/15 | 20,485.00[3] | $1,845.50 | $15,000.00 | $1,845.50 | $0.00 |
| 12/14/15/Dkt. No. 274 | 10/1/15- 11/30/15 | $0.00 | $311.37 | Pending | Pending | N/A |

---

[3] The Rosner Law Group LLC agreed to cap its professional fees incurred in this Chapter 11 Case at fifteen thousand dollars ($15,000.00). *See* D.I. 143.

{00017219. }

Summary of Timekeepers Included in the First Interim Fee Application:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott Leonhardt (Tmkr 4) | Associate; practicing for 9 years; member of the Delaware (2006) bar | $250 | 9.3 | $2,325.00 |
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $250 | 82.7 | $20,675.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 5.9 | $885.00 |
| Hena Kumar (Tmkr 5) | Law Clerk | $150 | 1.8 | $270.00 |

Compensation by Category:

| Description | Task Code | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Case Administration | BB100 | 1.4 | $340.00 |
| Creditor Inquiries | BB101 | .2 | $50.00 |
| Executory Contracts/Unexpired Leases | BB103 | 1.6 | $400.00 |
| Use, Sale, & Lease of Assets | BB106 | 4.2 | $1,050.00 |
| Cash Collateral/DIP Fiancing | BB107 | 53.1 | $13,275.00 |
| Claims Administration | BB108 | 1.8 | $450.00 |
| Court Hearings | BB109 | 12.9 | $2,995.00 |
| RLG Retention | BB116 | 3.8 | $820.00 |
| Retention of Others | BB117 | 8.5 | $1,965.00 |
| RLG Fee Applications | BB118 | 4.3 | $905.00 |
| Fee Applications of Others | BB119 | 4.3 | $1,005.00 |
| Utilities | BB122 | .1 | $25.00 |
| **TOTAL:** | | **99.70** | **$24,155.00** |

Summary of Expenses for the First Interim Period:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating (E101) | | $1,089.50 |
| Online Research (E106) | PACER, WESTLAW | $724.49 |
| Postage (E108) | USPS | $211.24 |
| Meals (E111) | | $41.64 |
| Court Fees (E112) | D. Del./CourtCall | $90.00 |
| **TOTAL** | | **$2,156.87** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RESPONSE GENETICS, INC.,<br><br>Debtor.[4] | Chapter 11<br><br>Case No. 15-11663 (LSS)<br><br>**Objection Deadline: Jan. 4, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: Jan. 6, 2015 at 10:00 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF THE ROSNER LAW GROUP LLC, DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 25, 2015 THROUGH OCTOBER 31, 2015**

Pursuant to sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 153; filed 9/21/15] (the "Administrative Order"), The Rosner Law Group LLC ("RLG") hereby files this First Interim Fee Application as Delaware Counsel to the Official Committee of Unsecured Creditors ("Committee") for Services Rendered and Reimbursement of Expenses for the Period of August 25, 2015 through October 31, 2015 (the "First Interim Application"). In support of this First Interim Application, RLG respectfully represent as follows:

**INTRODUCTION**

1. By this Application, RLG seeks quarterly allowance and approval of $17,156.87 (the "Interim Amount") for fees and expenses for the period August 25, 2015 through October 31, 2015 (the "First Interim Period"). The Interim Amount consists of (i) 100% of the compensation that RLG earned during the First Interim Period, capped at $15,000.00 and (ii)

---

[4] The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

{00017219. }

100% of the expenses that RLG incurred in the course of its representation as Delaware Counsel to the Committee during the First Interim Period in the amount of $2,156.87.

## BACKGROUND

1. On August 9, 2015 (the "Petition Date"), the Debtor commenced these cases by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").  The Debtor remains in possession of their assets and continues to manage its affairs as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  No trustee or examiner has been appointed in this Chapter 11 Case.

2. The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated August 25, 2015 [Dkt. No. 60].  The Committee selected Sheppard, Mullin, Richter & Hampton LLP ("SMRH") as its counsel and RLG as its Delaware counsel in this Chapter 11 Case.

3. On September 1, 2015, the Committee filed the *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee Nunc Pro Tunc to August 25, 2015* [Dkt. No. 96] (the "RLG Retention Application").  On August 17, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to August 25, 2015* [Dkt. No. 143].

4. During the pendency of these cases, RLG provided local counsel services to the Committee and/or SMRH.

5. By the Administrative Order, the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly fee applications for monthly compensation and reimbursement for expenses (each a "Monthly Fee Application"),

pursuant to the procedures specified therein. The Administrative Order provides, among other things, that if no objections are made within twenty-one (21) days after service of the Monthly Fee Application, the Debtor is authorized to pay the Professionals eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application.

## FEE APPLICATIONS COVERED HEREIN

2. On October 23, 2015, RLG filed its First Monthly Fee Application for the period August 25, 2015 through September 30, 2015 (the "First Monthly Fee Period"). The First Monthly Fee Application sought interim allowance of compensation in the amount of $20,485.00 (subject to a cap at $15,000.00) for fees and reimbursement of $1,845.50 in expenses incurred in the First Monthly Fee Period. RLG has received $15,000.00 as compensation for legal services and $1,845.50 for reimbursement of expenses in this Chapter 11 Case.

3. On December 14, 2015, RLG filed its Combined Second and Third Monthly Fee Application for the period October 1, 2015 through September 30, 2015 (the "Second Monthly Fee Period"). The Second Monthly Fee Application sought reimbursement of $311.37 in expenses incurred in the Second Monthly Fee Period.

4. By this First Interim Application, RLG requests that the Court approve the First Interim Amount of one-hundred percent (100%) of the fees earned (capped at $15,000.00) and expenses incurred by RLG during the First Interim Period as evidenced in the First and Combined Second and Third Monthly Fee Applications.

5. The professional services and related expenses for which RLG requests quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of RLG's professional responsibilities as Delaware counsel to the Committee during the pendency of these chapter 11 cases.

6. In accordance with section 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between RLG and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

7. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by RLG.

8. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that this Application complies with that Local Rule.

9. In accordance with the factors enumerated at § 330 of the Bankruptcy Code, RLG respectfully submits that the amount requested by RLG as compensation for its services is fair and reasonable.

**WHEREFORE**, RLG respectfully requests that the Court (i) approve and allow the Interim Amount of $17,156.87 consisting of 100% of the compensation that RLG earned during the First Interim Period, capped at $15,000.00, and 100% of the expenses that RLG incurred in the course of its representation as Delaware Counsel to the Committee during the First Interim Period in the amount of $2,156.87; and (ii) grant such other and further relief as is just and proper.

Dated: December 14, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein, Esq. (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*