**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RESPONSE GENETICS, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-11663 (LSS)<br><br>Objection Deadline: Jan. 4, 2016 at 4:00 p.m. (ET)<br>Hearing Date: Jan. 6, 2015 at 10:00 a.m. (ET) |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF THE ROSNER LAW GROUP LLC, DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 25, 2015 THROUGH OCTOBER 31, 2015**

    **PLEASE TAKE NOTICE** that on December 14, 2015, The Rosner Law Group LLC ("RLG") filed the First Interim Fee Application, as Delaware Counsel to the Official Committee of Unsecured Creditors ("Committee"), for Services Rendered and Reimbursement of Expenses for the Period August 25, 2015 through October 31, 2015 (the "First Interim Period") seeking (i) 100% of the compensation that RLG earned during the First Interim Period, capped at $15,000.00 and (ii) 100% of the expenses that RLG incurred in the course of its representation as Delaware Counsel to the Committee during the First Interim Period in the amount of $2,156.87.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Administrative Order") [D.I. 153; filed 9/21/15], and must be filed with the Clerk of the Court and served upon (i) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Room 2207, Wilmington, Delaware 19801, Attention: and must be filed with the Clerk of the Court and served upon (i) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Room 2207, Wilmington, Delaware 19801, Attention: Linda Casey (Email: linda.casey@usdoj.gov); (ii) counsel to the Debtor, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: James E. O'Neill, Esq., joneill@pszjlaw.com; (b) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Jeffrey N. Pomerantz, Pomerantzz@pszjlaw.com; (iii) proposed counsel to the Committee: (a) The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, DE 19801, Frederick B. Rosner, rosner@teamrosner.com and Julia B. Klein, klein@teamrosner.com; (b) Sheppard, Mullin, Richter & Hampton LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Carren B. Shulman, CShulman@sheppardmullin.com and (c) Sheppard, Mullin, Richter & Hampton LLP, Four Embarcadero Center, Seventeenth Floor, San Francisco, CA 94111, Attn: Ori Katz, OKatz@sheppardmullin.com; (iv) the DIP Secured Parties' counsel, Holland & Knight, LLP, 200 Crescent Court, Suite 1600, Dallas, TX 75201, Attn: Robert Jones, robert.jones@hklaw.com and Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil

---

[1] The last four digits of the Debtor's tax identification number are: (5548). The location of the Debtor's headquarters and service address is 1640 Marengo St., 7th Floor, Los Angeles, CA 90033.

{00017220. }

Glassman nglassman@bayardlaw.com; and (v) counsel to Silicon Valley Bank, Chipman Brown Cicero & Cole, LLP, 1007 N. Orange Street, Suite 1110, Wilmington, DE 19801, Attn: William E. Chipman, chipman@chipmanbrown.com, so as to be received by no later than **January 4, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline").  Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON JANUARY 6, 2015 AT 10:00 A.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE, 19801.**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THE NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 14, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Julia B. Klein, Esq. (DE 5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  (302) 777-1111
rosner@teamrosner.com
leonhardt@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00017220. }    2